UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,                                      )<br>    *Plaintiff*,                                   )<br>                                                      )   Civil Action No. 1:21-cv-10840<br>v.                                                   )<br>                                                      )<br>WENTWORTH INSTITUTE OF TECHNOLOGY, INC.,   )<br>d/b/a WENTWORTH INSTITUTE OF TECHNOLOGY,   )<br>    *Defendant*.                                )  | |

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)
---

I, Michaela M. Weaver, counsel and authorized representative for the Plaintiff, Jane Doe, hereby certify, pursuant to the Local Rule 16.1(d)(3), that I have conferred with my client regarding:

(A) a view to establishing a budget for costs of conducting the full course and various alternative courses of the litigation; and

(B) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully Submitted,
By Plaintiff's attorneys,

**/s/ Michaela M. Weaver**
John T. Martin, Esq.; BBO # 676344
jmartin@kecheslaw.com
Michaela M. Weaver, Esq.; BBO # 705985
mweaver@kecheslaw.com
Keches Law Group
100 Front Street, 20th Floor
Worcester, MA 01608
(508) 821-4383

Dated: August 10, 2022

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document filed through the CM/ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on August 10, 2022.

    **/s/ Michaela M. Weaver**